## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
### CIVIL STANDARD MINUTES

Date: **May 21, 2024**

**Greenwich Legal Associates, LLC**

Vs.

**Adam Frankel, et al.**

Start Time: **10:05 am**  End Time: **10:47 am**

Recess (if more than ½ hr) _____ to _____

Total Time _____ hour(s) **42** minute(s)

Case #: **3:22-cv-1372-RNC**

Honorable Judge: **Robert N. Chatigny**

Deputy Clerk: **Jeremy Shafer**

Counsel for Pla(s): **Gary Scott Klein**

Counsel for Dft(s): **James I. Glasser**

Reporter/ECRO/Courtsmart: **Alicia Cayode Kyles**

Interpreter _____ Language _____

Hearing held  ☑ in person   ☐ by video   ☐ by telephone

**HEARING AND TIME**

| ■ Motion/Oral Argument | ☐ Show Cause Hearing | ☐ Evidentiary Hearing |
| ☐ Judgment Debtor Exam | ☐ Pretrial Conference | ☐ Scheduling Conference |
| ☐ Status Conference | ☐ Settlement Conference | ☐ Other: _____ |

**MOTIONS**

■ Motion **to dismiss (Dkt. 29)** _____ filed by ☐ Pla ■ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

**Oral argument held.**

Rev. 3/21/24